UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JOE,<br><br>    Petitioner,<br><br>    v.<br><br>GWENDOLYN MITCHELL,<br><br>    Respondent. | 1:06-CV-0739 OWW DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #13) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 13, 2006, Respondent filed a motion to dismiss the instant petition. On November 14, 2006, petitioner filed a motion to extend time to file a response to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his response to respondent's motion to dismiss.

    IT IS SO ORDERED.

**Dated:** **December 13, 2006**          **/s/ Dennis L. Beck**
ah0l4d                                                  UNITED STATES MAGISTRATE JUDGE