# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JOE, | CV F 06-00739 OWW DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE |
| v. | |
| | [Doc. 7] |
| GWENDOLYN MITCHELL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 24, 2006, the Court directed Respondent to file a response to the petition, and a motion to dismiss was due on or before September 22, 2006.  (Court Doc. 4.)  On October 13, 2006, Respondent filed a motion for modification of the briefing schedule, along with a motion to dismiss.

In his motion for modification, Respondent's counsel indicates that upon receipt of the Court's July 24, 2006, order, his office began processing the petition and requested the state court records and several documents from various institutions within the California Department of Corrections and Rehabilitation.  Counsel declares that he did not receive all of the documents until October 10, 2006, and a motion to dismiss could not be filed until the documents and records were received and reviewed.

GOOD CAUSE having been demonstrated, Respondent's motion for modification of the

briefing schedule is GRANTED, and Respondent's motion to dismiss is DEEMED timely filed as of October 13, 2006.

IT IS SO ORDERED.

Dated:   May 15, 2007             /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE