UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE L. JO, | ) | 1:06-cv-00739-LJO-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 17) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| GWENDOLYN MITCHELL, | ) | **DISMISS** (Doc. 10) |
| | ) | |
| Respondent. | ) | **ORDER DISMISSING PETITION** |
| | ) | **FOR WRIT OF HABEAS CORPUS** |
| | | |
| | | **ORDER DIRECTING CLERK TO** |
| | | **ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On May 15, 2007, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss the petition as time-barred be GRANTED, and the instant Petition for Writ of Habeas Corpus be DISMISSED, with prejudice. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 15, 2007, are ADOPTED IN FULL;

2. Respondent's motion to dismiss the petition as time-barred, filed October 13, 2006, is GRANTED;

3. The instant Petition for Writ of Habeas Corpus is therefore DISMISSED, with prejudice; and,

4. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   July 9, 2007**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE